■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DE GROAT, Also Known as ROBERT DE GROTE, Also Known as ROBERT DE GROTH, Appellant.—Judgment of the County Court, Rockland County, rendered March 20, 1979, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Lazer, Gulotta and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO DI GIORGIO, Also Known as TWIGGY, Appellant.—Judgment of the County Court, Suffolk County, rendered May 21, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON GIBOYEAUX, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 27, 1978, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence. Judgment affirmed. The testimony of the accomplice was amply corroborated and defendant's guilt was proven beyond a reasonable doubt. We have considered defendant's other contentions and find them to be without merit. Hopkins, J. P., Mangano, O'Connor and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SABRI JAKOVA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered February 22, 1980, convicting him of assault in the first degree, reckless endangerment in the second degree and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence. Judgment reversed, as a matter of discretion in the interest of justice, and new trial ordered. The trial court's confusing charge on justification and its failure to adequately respond to jurors' requests for further instructions warrant a reversal in the interest of justice. Damiani, J. P., Gibbons, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JONES, Appellant.—Judgment of the County Court, Suffolk County, rendered May 9, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Gibbons, Rabin and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMINE MARRONE, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered March 6, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Mangano and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEANNE McARDLE, Appellant.—Judgment of the County Court, Suffolk County, rendered August 28, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Mangano, O'Connor and Weinstein, JJ., concur.